FILED'06 SEP 08 15:22USDC-ORP

**Bruce W. Brewer**, OSB No. 92558
Internet E-mail Address: btownlaw@yahoo.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EDWARD COFFEY,

CIVIL CASE NO. 05-1604-BR

Plaintiff,

ORDER AWARDING
ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT

vs.

JO ANNE BARNHART,
Commissioner of Social Security
Administration,

Defendant.

_____

Attorney fees in the amount of $6,571.65 are hereby awarded to plaintiff to be paid directly

to plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. Sec. 2412.

DATED this _____ day of _Septmber_, 2006

_____
United States District/Magistrate Judge

Submitted by:

Bruce W. Brewer, OSB No. 92558
503-722-8833, Attorney for Plaintiff

1 - ORDER FOR EAJA FEES